IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELIZABETH BOYETT SMITH,

    Plaintiff,

v.                                                                                         4:11cv564-WS

UNITED STATES DEPARTMENT
OF JUSTICE, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 45) docketed October 11, 2012. The magistrate judge recommends that the motion to dismiss (doc. 19) filed by the Department of Justice be granted. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 45) is hereby ADOPTED and incorporated by reference in this order.

2. The motion to dismiss (doc. 19) filed by the United States Department of Justice, Bureau of Prisons, is GRANTED.

3. The United States Department of Justice, Bureau of Prisons, is hereby DISMISSED from this action.

4.  The motion for summary judgment (doc. 17) filed by the United States Department of Justice is DENIED as moot.

5.  The case is REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this   15th   day of   November  , 2012.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE